Helen E. Menten, Administratrix of Estate of Earl T. Menten, Deceased, Appellant, v. Illinois Publishing and Printing Company, Appellee.

Gen. No. 42,966.

opinion filed September 11, 1944. Owens & Owens, of Chicago, for appellant; Poppenhusen, Johnston, Thompson & Raymond, of Chicago, for appellee; Floyd E. Thompson and Adolf Loeb, both of Chicago, of counsel. Opinion by Presiding Justice Niemeyer. Not to be published in full.